IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

TIFFANY & BOSCO
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19209/xxxx9355

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 0:09-bk-15863-RJH |
| Melissa M. Feiro Brocker<br>    Debtor. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>    Movant,<br>vs. | ORDER<br><br>(Related to Docket #15) |
| Melissa M. Feiro Brocker, Debtor, William E. Pierce, Trustee.<br><br>    Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 21, 2005 and recorded in the office of the Mohave County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Melissa M. Feiro Brocker has an interest in, further described as:

> LOl FIVE (51. Block TWO (2) Track 110 LAKE HAVASU CITY, ARIZONA, according to the plat thereof,
> recorded December 15, 1963 at Fee No. 127940, in the office of the Counly Recorder of Mohave County, Arizona.
>
> EXCEPT all oil, gas. and minerals whatsoever already round or which may hereafter be found upon or under said lands and all underground water in under or flowing through said land and water rights appurtenant thereto as reserved by mesue Deeds or record.
>
> EXCEPT an uudivided 1/1 interest of all oil gases and other hydrocarbon substances. coal stone minerals fossil and fertilizers of every name and description. together with all uranium. thorium or any other material which is or may be determined by the laws or Ihe United Stlates or America, the State or Arizona or decisions of course to be peculiarly essential to the production of fissionable materials. whether or 1101 of Arizona in Section 37-231 Arizona Reserved Statues and in the patent or record.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this \_\_\_\_day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT